UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2023 MAR -2 PM 12: 32
CLERK
BY _____AL_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 2:23-cr-19-1 |
| MANUEL FRANCIS,<br>Defendant. | (18 U.S.C. § 2118(b)) |

## INDICTMENT

The Grand Jury charges:

### Count One

On or about January 5, 2023, in the District of Vermont, the defendant, Manuel Francis, without authority, entered Lakeside Pharmacy, the business premises or property of a person registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act (21 U.S.C. 822), with the intent to steal materials and compounds containing quantities of controlled substances, and the replacement cost of the controlled substances to the registrant was not less than $500.

(18 U.S.C. § 2118(b))

A TRUE BILL,

**REDACTED**

FOREPERSON

*Nikolas P. Kerest (LRS)*
NIKOLAS P. KEREST (LRS)
United States Attorney
Burlington, Vermont
March 2, 2023